Mary Burch, Appellee, v. Will Hickman et al.,
Appellants.

Gen. No. 43,788.

opinion filed January 6, 1947; released for publication January 20, 1947. Wade G. Morgan, for appellants; Irwin Bloom and Victor H. Goulding, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.